Lisa Hill Fenning (LF-9016) - *Admitted Pro Hac Vice*
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone:  (213) 621-6000
Facsimile:  (213) 621-6100

Elizabeth M. Guffy (EG-8659) - *Admitted Pro Hac Vice*
DEWEY BALLANTINE LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Telephone:  (512) 226-0300
Facsimile:  (512) 226-0333

Irena Goldstein (IG-0736)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone:  (212) 259-8000
Facsimile:  (212) 259-6333

*Counsel for Appellant*
*The Northwestern Mutual Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Case No. 05-17923 (ASH) |
| **DELTA AIR LINES, INC.,** *et al.,* | : | **Chapter 11** |
| Debtors. | : | **(Jointly Administered)** |

-----------------------------------------------------------------X

**NOTICE OF APPEAL**

The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), claimant, by and through its undersigned counsel, pursuant to 28 U.S.C. § 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court for the Southern District of New York from the order (the "Order") of the Bankruptcy Court of the Southern District of New York (Hon. Adlai S.

Hardin), entered July 19, 2007, sustaining the TIA/SLV Objection 2 to Northwestern Mutual's claims against Delta Airlines, Inc. Copies of the Order and the Bankruptcy Court's Memorandum Opinion dated May 16, 2007, are attached hereto, collectively, as **Exhibit A**.

The parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are identified on **Exhibit B** hereto.

Dated: New York, New York
July 27, 2007

By: __/s/ Lisa Hill Fenning__
Lisa Hill Fenning (LF-9016)
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100
lfenning@deweyballantine.com

COUNSEL FOR THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

49943