**RELATED NOTICES OF APPEAL:**

(1) Notice of Appeal dated July 27, 2007 filed by Northwestern Mutual Life Insurance Company [Docket No. 6521]

(2) Notice of Appeal dated July 27, 2007 filed by Delta Air Lines, Inc. and the Post-Effective Date Committee [Docket No. 6523]

STROOCK & STROOCK & LAVAN LLP
Lawrence M. Handelsman (LH-6957)
Kristopher M. Hansen (KH-4679)
Jayme T. Goldstein (JG-9054)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Counsel for the Reorganized Debtors

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden (DG 5624)
David H. Botter (DB 2300)
Mitchell P. Hurley (MH 0740)
590 Madison Avenue
New York, New York 10022
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Counsel for the Post-Effective Date Committee of Delta Air Lines, Inc. *et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **DELTA AIR LINES, INC., et al.,** | : | Case No. 05-17923 (ASH) |
| | : | |
| Reorganized Debtors.[1] | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF CROSS-APPEAL**

---

[1] The Reorganized Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, Inc.; Kappa Capital Management, Inc.; and Song, LLC.

Delta Air Lines, Inc. ("Delta") and the Post-Effective Date Committee appointed under Delta's confirmed chapter 11 plan of reorganization (the "Committee") hereby cross-appeal, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002, to the United States District Court for the Southern District of New York from the "Order With Respect To TIA/SLV Objection 2" (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Adlai S. Hardin, Jr.) (the "Bankruptcy Court") on July 19, 2007 [Docket No. 6467]. A copy of the Order is attached as Exhibit 1. A copy of the "Decision on TIA/SLV Objections 1 and 2" (the "Decision"), entered May 16, 2007 [Docket No. 6160], is attached as Exhibit 2. Copies of the transcripts (the "Transcripts") of (i) the May 21, 2007 telephonic conference held by the Bankruptcy Court concerning the Decision [Docket No. 6216] and (ii) the July 10, 2007 telephonic conference held by the Bankruptcy Court concerning, among other things, the motions for reconsideration filed by Delta and Northwestern Mutual Life Insurance Company with respect to the Decision [Docket No. 6532], are attached as Exhibit 3 and Exhibit 4, respectively.

This Notice of Cross-Appeal covers the same matters addressed in the Notice of Appeal filed by Delta and the Committee on July 28, 2007 and is being filed to ensure that Delta's and the Committee's rights of appeal are preserved with respect to all matters decided adversely to them in the Order and the Decision (including the Transcripts).

The names of the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Cross-Appellants:

1. Delta Air Lines, Inc.

>   Attorneys:
>
>>   Lawrence M. Handelsman, Esq.
>>   Kristopher M. Hansen, Esq.
>>   Jayme T. Goldstein, Esq.
>>   STROOCK & STROOCK & LAVAN LLP
>>   180 Maiden Lane
>>   New York, New York 10038
>>   Telephone: (212) 806-5400
>>   Facsimile: (212) 806-6006

2. Post-Effective Date Committee

>   Attorneys:
>
>>   Daniel H. Golden, Esq.
>>   David H. Botter, Esq.
>>   Mitchell P. Hurley, Esq.
>>   AKIN GUMP STRAUSS HAUER & FELD LLP
>>   590 Madison Avenue
>>   New York, New York 10022
>>   Telephone: (212) 872-1000
>>   Facsimile: (212) 872-1002

Cross-Appellee:

Northwestern Mutual Life Insurance Company

>   Attorneys:
>
>>   Lisa Hill Fenning, Esq.
>>   DEWEY BALLANTINE LLP
>>   333 South Grand Avenue, 26th Floor
>>   Los Angeles, California  90071-1530
>>   Telephone: (213) 621-6000
>>   Facsimile: (213) 621-6100
>
>>   -and-
>
>>   Elizabeth M. Guffy, Esq.
>>   DEWEY BALLANTINE LLP
>>   401 Congress Avenue, Suite 3200

Austin, Texas 78701
Telephone: (713) 445-1500
Facsimile: (713) 445-1533

-and-

Alexander M. Kayne, Esq.
Irena Goldstein, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Dated: New York, New York
August 1, 2007

        STROOCK & STROOCK & LAVAN LLP

        /s/ Kristopher M. Hansen
        Lawrence M. Handelsman (LH-6957)
        Kristopher M. Hansen (KH-6957)
        Jayme T. Goldstein (JG -9054)
        180 Maiden Lane
        New York, New York 10038
        Telephone: (212) 806-5400
        Facsimile:  (212) 806-6006

        Counsel for the Reorganized Debtors

        AKIN GUMP STRAUSS HAUER & FELD LLP
        Daniel H. Golden (DG-5624)
        David H. Botter (DB-2300)
        Mitchell P. Hurley (MH-0740)
        590 Madison Avenue
        New York, New York 10022
        Telephone: (212) 872-1000
        Facsimile:  (212) 872-1002

        Counsel for the Post-Effective Date Committee of Delta Air Lines, Inc. *et al.*

SSL-DOCS1 1831157v1