USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **9/10/07**

# STROOCK



By Hand Delivery

September 7, 2007

**MEMO ENDORSED**

Kristopher M. Hansen
Direct Dial 212-806-6056
Direct Fax 212-806-9056
khansen@stroock.com

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re: *In re* **Delta Airlines, Inc.**, *et al.*
Northwestern Mutual Life Insurance Company. v.
Delta Airlines, Inc., *et al. (Case No. 07-7745) (RMB)*

Dear Judge Berman:

We represent Delta Airlines, Inc. ("Delta"), one of the Appellees (along with the Post-Effective Date Committee) in the above entitled action. We write to Your Honor to request the withdrawal of the following items from the record of this appeal that are identified as items 8 through 12 in the Designation and Counter-Designation of Contents for Record on Appeal and Cross-Appeal and Statement of Issues by Delta Air Lines, Inc. and Post-Effective Date Committee, dated August 6, 2007 [Docket No. 4 in this appeal]:

> (i) Lease Agreement, dated as of April 1, 1992 and Amended and Restated as of March 1, 1993, between Wilmington Trust Company as Owner Trustee/Lessor and Delta Air Lines, Inc. as Lessee, attached to the Counter-Designation as Exhibit 1;

> (ii) Indemnity Agreement, dated as of April 1, 1992 and Amended and Restated as of March 1, 1993, between Northwestern Mutual Life Insurance Company as Owner Participant and Delta Air Lines, Inc. as Lessee, attached to the Counter-Designation as Exhibit 2;

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

Hon. Richard M. Berman
September 7, 2007
Page 2

        (iii) Trust Indenture and Security Agreement, dated as of April 1, 1992 and Amended and Restated as of March 1, 1993, between Wilmington Trust Company as Owner Trustee and Nationsbank of Georgia, National Association as Indenture Trustee, attached to the Counter-Designation as <u>Exhibit 3</u>; and

        (iv) Participation Agreement, dated as of April 1, 1992 and Amended and Restated as of March 1, 1993, among Delta Air Lines, Inc. as Lessee, Northwestern Mutual Life Insurance Company as Owner Participant, Sumitomo Bank, Limited, Atlanta Agency, as Original Loan Participant, Wilmington Trust Company as Owner Trustee, Nationsbank of Georgia, National Association as Indenture Trustee and Nationsbank of South Carolina, National Association as Pass Through Trustee, attached to the Counter-Designation as <u>Exhibit 4</u>.

Pursuant to a letter dated September 4, 2007, Lisa Hill Fenning, Esq., counsel to Northwestern Mutual Life Insurance Company ("<u>Northwestern</u>" or the "<u>Appellant</u>") informed us that redacted and unredacted versions of these documents were designated in the record by Northwestern pursuant to item 13 ("*Declaration of Karen Stevens in Support of the Response of The Northwestern Mutual Life Insurance Company to TIA/SLV Objection 2: Objection by Delta Air Lines, Inc. and the Official Committee of Unsecured Creditors to Certain Claims Filed by Northwestern Mutual Life Insurance Company and the Bank of New York for Tax Indemnities and Stipulated Loss Values*") and item 18 ("*Certain Exhibit to the Declaration of Karen Stevens in Support of the Response of The Northwestern Mutual Life Insurance Company to TIA/SLV Objection 2: Objection by Delta Air Lines, Inc. and the Official Committee of Unsecured Creditors to Certain Claims Filed by Northwestern Mutual Life Insurance Company and the Bank of New York for Tax Indemnities and Stipulated Loss Values*") of the Appellant's Designation of Record and Statement of Issues to Be Presented on Appeal, dated August 2, 2007 [Docket No. 2 of this appeal].

As the Appellees had no intention of designating any documents that were already designated by Northwestern and included in the record in their entirety, the Appellees consent to the removal of the aforementioned documents from the record.

Hon. Richard M. Berman
September 7, 2007
Page 3

If you have any questions, please contact me at the number above or my colleague, Jayme Goldstein, Esq. at (212) 806-5805.

Respectfully submitted,

Kristopher M. Hansen

cc:   Lisa Hill Fenning, Esq. (counsel to Northwestern)
      Leo T. Crowley, Esq. (counsel to Bank of New York, as Indenture Trustee)
      David H. Botter, Esq. (counsel to the Post-Effective Date Committee)
      Anatin Rouzeau (Appeals and Judgment Clerk, Bankruptcy Court for the Southern District of New York)

Application Granted.

SO ORDERED:
Date: 9/10/07      Richard M. Berman
                   Richard M. Berman, U.S.D.J.