

Lisa Hill Fenning (LF-9016) - *Pro Hac Vice Pending*
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California  90071-1530
Telephone:   (213) 621-6000
Facsimile:   (213) 621-6100

Elizabeth M. Guffy (EG-8659) - *Pro Hac Vice Pending*
DEWEY BALLANTINE LLP
401 Congress Avenue, Suite 3200
Austin, Texas  78701
Telephone:   (512) 226-0300
Facsimile:   (512) 226-0333

Irena Goldstein (IG-0736)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York  10019-6092
Telephone:   (212) 259-8000
Facsimile:   (212) 259-6333

*Counsel for Appellant*
*The Northwestern Mutual Life Insurance Company*

```
                                SEP 19 '07
                                CHAMBER.
                                RICHARD M. BERMAN
                                U.S.D.J.
```

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09-19-07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                **Appellant,**

        -against-

DELTA AIRLINES, INC., THE POST-EFFECTIVE
DATE COMMITTEE FOR DELTA AIRLINES,
INC., et al., and THE BANK OF NEW YORK,

                **Appellees.**
------------------------------------------------------------- X

07-CV-7745 (RMB)

**STIPULATION AND ORDER**
**EXTENDING TIME TO FILE APPELLATE BRIEFS**

AU1 50637v1

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for appellant The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), appellees and cross-appellants Delta Airlines, Inc. and the Post-Effective Date Committee for Delta Airlines, Inc., and appellee the Bank of New York, as indenture trustee, and subject to the approval of the Court, that the time for Northwestern Mutual to file its opening brief is hereby extended from September 17, 2007, to and including October 8, 2007, and the time for appellees to file their reply brief is hereby extended to and including November 13, 2007.

Dated: New York, New York
September 14, 2007

By: *Lisa Hill Fenning / by permission emy*

Lisa Hill Fenning (LF-9016) – *Pro Hac Vice*
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Tel: (213) 621-6000
Fax: (213) 621-6133
lfenning@deweyballantine.com

Counsel for Appellant The Northwestern
Mutual Life Insurance Company

Dated: New York, New York
September __, 2007

By: _____

Kristopher M. Hansen (KH-4679)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
khansen@strook.com

Counsel for Appellee Delta Airlines, Inc.

*[signatures continued on next page]*

*[signatures continued from previous page]*
Dated: New York, New York
    September 14, 2007

By: _____/David H. Botter/by permission Long_____

David H. Botter (DB 2300)
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Tel: (212) 872-1055
Fax: (212) 872-1002
dbotter@akingump.com

Counsel for Appellee the Post-Effective Date Committee of Delta Air Lines, Inc., et al

Dated: New York, New York
    September 14, 2007

By: _____

Leo T. Crowley, Esq. (LC-1311)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039
Tel: (212)
Fax: (212) 858-1500
leo.crowley@pillsburylaw.com

Counsel for Appellee The Bank of New York

**SO ORDERED:**

Dated: September 19, 2007     By _____RMB_____
    UNITED STATES DISTRICT JUDGE

*Richard M. Berman*

3

AUI 50637v2