Lisa Hill Fenning (LF-9016) - *Admitted Pro Hac Vice*
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California  90071-1530
Telephone:     (213) 621-6000
Facsimile:     (213) 621-6100

Elizabeth M. Guffy (EG-8659) - *Admitted Pro Hac Vice*
DEWEY BALLANTINE LLP
401 Congress Avenue, Suite 3200
Austin, Texas  78701
Telephone:     (512) 226-0300
Facsimile:     (512) 226-0333

Irena Goldstein (IG-0736)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York  10019-6092
Telephone:     (212) 259-8000
Facsimile:     (212) 259-6333

*Counsel for Appellant*
*The Northwestern Mutual Life Insurance Company,*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

Northwestern Mutual Life Insurance Co.,            :          07-CV-07745 (RMB)

                                  Appellant,

             -against-

Delta Air Lines, Inc., et al.

                                  Appellees.
-------------------------------------------------------------------X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CALIFORNIA     )
                                 ): ss

COUNTY OF LOS ANGELES    )

     I, JEAN F. KELLETT, being duly sworn, being over 18 years of age and not a party of this action, affirms as follows:

     1.     On September 20, 2007, I caused a true and correct copy of the following documents:

**(1) THIRD AMENDED INSTRUCTIONS FOR FILING A CASE OR APPEAL; (2) INDIVIDUAL PRACTICES FOR HON. RICHARD M. BERMAN; (3) PROCEDURES FOR ELECTRONIC CASE FILING; and (4) GUIDELINES FOR ELECTRONIC CASE FILING**

to be served upon the parties listed on the attached Service List by first class mail delivered by the United States Postal Service.

     2.     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

     I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on September 20, 2007, at Los Angeles, California.



/s/ Jean Kellett
Jean Kellett

Sworn before me this 21st day of September, 2007.

Heidi Gutierrez, Notary Public
State of California, County of Los Angeles
No. Commission no. 1651123
Commission Expires: March 12, 2010

HEIDI GUTIERREZ
Commission # 1651123
Notary Public - California
Los Angeles County
My Comm. Expires Mar 12, 2010

2

LA1 243532v1

## SERVICE LIST

| **Counsel to The Bank of New York, as Indenture Trustee and Pass Through Trustee**<br>Leo T. Crowley, Esq.<br>Eric Fishman, Esq.<br>Margo P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039<br>Telecopier: (212) 858-1500<br><br>leo.crowley@pillsburylaw.com<br>eric.fishman@pillsburylaw.com<br>margo.erlich@pillsburylaw.com | **Counsel for the Reorganized Debtor**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Attn:  Lawrence M. Handelsman, Esq.<br>        Kristopher Martin Hansen, Esq.<br>Telecopier: (212) 806-6006<br><br>lhandelsman@stroock.com<br>khansen@stroock.com |
|---|---|
| **Counsel for the Post-Effective Date Committee of Delta Air Lines, Inc., et al.**<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Attn:  David Harrison Botter, Esq.<br>        Daniel H. Golden, Esq.<br><br>Telecopier: (212) 872-1002<br><br>dbotter@akingump.com<br>dgolden@akingump.com | **Counsel to Bank of America, N.A.**<br>Michael J. Edelman, Esq.<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br>Telecopier: (212) 407-7799<br><br>mjedelman@vedderprice.com |

LA1 243532v1