UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

The Northwestern Mutual Life Insurance Co.,     07-CV-07745 (RMB)

                     Appellant,

       -against-                            NOTICE OF CHANGE OF
                                                LAW FIRM NAME

Delta Air Lines, Inc. et al.

                     Appellees.

-----------------------------------------------------------X

TO:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Dewey Ballantine LLP has changed its name to Dewey & LeBoeuf LLP. The office address, telephone and facsimile numbers remain the same.

Dated: October 1, 2007                      Respectfully submitted.

                                                       IRENA GOLDSTEIN
                                                      SDNY Bar 2415362
                                                      Dewey & LeBoeuf LLP
                                                      1301 Avenue of the Americas
                                                      New York, NY 10019-6092
                                                      Tel:     (212) 259-8000
                                                      Fax:    (212) 259-6333