UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,                                  :     Case No. 07-CV-7745 (RB)
                              Appellant,       :
v.                                                  :
                                              :
DELTA AIR LINES, INC. and                           :
THE POST-EFFECTIVE DATE
COMMITTEE OF DELTA                                  :
AIR LINES, INC.,                                    :
                               Appellees.       :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  SS.:
COUNTY OF NEW YORK  )

       DEBRA K. SENIOR, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age, and am employed by the law firm of Dewey & LeBoeuf LLP.

       On the 1st day of October, 2007, I served NOTICE OF CHANGE OF LAW FIRM NAME through the courts CM/ECF system and First Class Mail to the attorney listed below at their address designated for service of papers:

                David Harrison Botter, Esq.
                Akin Gump Strauss Hauer & Feld LLP
                590 Madison Avenue
                New York, NY 10022

Served via CM/ECF:

Leo T. Crowly: leo.crowley@pillsburylaw.com
Kristopher Martin Hansen: khansen@stroock.com, insolvency3@stroock.com

*[signature]*
DEBRA K. SENIOR
Lic. No. 1264305

Sworn to before me this
1st day of October, 2007

*[signature]*
NOTARY PUBLIC
KEVIN M. KOHBERGER
NOTARY PUBLIC, State of New York
No. 01KO6147060
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 30, 2010

NY1 1132590v1