UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| The Northwestern Mutual Life Insurance Co., | 07-CV-07745 (RMB) |
| Appellant, | |
| -against- | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| Delta Air Lines, Inc., et al. | |
| Appellees. | |

-------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, IRENA GOLDSTEIN, a member in good standing of the bar of this Court hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | ELIZABETH M. GUFFY |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | 401 Congress Avenue, Suite 3200 |
| City/State/Zip: | Austin, TX 78701-3788 |
| Tel No: | (512) 226-0300 |
| Fax No: | (512) 226-0333 |
| Email: | eguffy@dl.com |

LA1 243678v1

2

ELIZABETH M. GUFFY is a member in good standing of the Bar of the States of Texas. There are no pending disciplinary proceedings against ELIZABETH M. GUFFY in any State or Federal court.

Dated: October 1, 2007

Respectfully submitted,

IRENA GOLDSTEIN
SDNY Bar 2415362
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092
Tel:  (212) 259-8000
Fax:  (212) 259-6333

LA1 243678v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| The Northwestern Mutual Life Insurance Co., | 07-CV-07745 (RMB) |
| **Appellant,** | |
| -against- | **AFFIDAVIT OF IRENA GOLDSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Delta Air Lines, Inc., et al. | |
| **Appellees.** | |

-------------------------------------------------------------X

IRENA GOLDSTEIN, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Dewey & LeBoeuf LLP, counsel for Appellant The Northwestern Mutual Life Insurance Company in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellant's motion to admit Elizabeth M. Guffy as counsel pro hac vice to represent Appellant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on December 1, 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Elizabeth M. Guffy since June, 2003.

4. Elizabeth M. Guffy is Counsel at Dewey & LeBoeuf LLP, and located in our Austin, Texas office.

5. I have found Elizabeth M. Guffy to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Elizabeth M. Guffy, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Elizabeth M. Guffy, pro hac vice, which is attached hereto as Exhibit A.

WHEREAS, it is respectfully requested that the motion to admit Elizabeth M. Guffy, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: October 1, 2007

Respectfully submitted,

IRENA GOLDSTEIN
SDNY Bar 2415362
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092
Tel:  (212) 259-8000
Fax:  (212) 259-6333

Sworn to before me this
28th day of September, 2007.

Notary Public, State of New York

ANDREA MACDONALD
NOTARY PUBLIC, State of New York
No. MA4832343
Qualified in New York County
Commission Expires March 30, 2011

2

LA1 243678v1

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**ELIZABETH MARY GUFFY**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 31st day of December, 1987.

I further certify that the records of this office show that, as of this date

**ELIZABETH MARY GUFFY**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 19th day of September, 2007.

BLAKE HAWTHORNE, Clerk

by _____
Brad Sonego, Deputy Clerk

No. 3989

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,                              :   Case No. 07-CV-7745 (RB)
                              Appellant,   :
                                     :
v.                                                              :
                                     :
DELTA AIR LINES, INC. and                       :
THE POST-EFFECTIVE DATE                    :
COMMITTEE OF DELTA
AIR LINES, INC.,                                      :
                            Appellees.   :
------------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                SS.:
COUNTY OF NEW YORK )

       DEBRA K. SENIOR, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age, and am employed by the law firm of Dewey & LeBoeuf LLP.

       On the 1st day of October, 2007, I served MOTION TO ADMIT COUNSEL PRO HAC VICE (Lisa Hill Fenning) AFFIDAVIT OF IRENA GOLDSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, by First Class Mail to the attorneys listed below at their address designated for service of papers:

**Counsel to The Bank of New York,
as Indenture Trustee and Pass Through
Trustee**
Leo T. Crowley, Esq.
Eric Fishman, Esq.
Margo P. Erlich, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

**Counsel for the Reorganized Debtor**
Lawrence M. Handelsman, Esq.
Kristopher Martin Hansen, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

**Counsel for the Post-Effective Date
Committee of Delta Air Lines, Inc., et al.**
David Harrison Botter, Esq.
Daniel H. Golden, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Ave
New York, NY 10022

**Counsel to Bank of America, N.A.**
Michael J. Edelman, Esq.
Vedder Price Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019

_Debra K. Senior_
DEBRA K. SENIOR
Lic. No. 1264305

Sworn to before me this
1st day of October, 2007

_Kevin M. Kohberger_
NOTARY PUBLIC

KEVIN M. KOHBERGER
NOTARY PUBLIC, State of New York
No. 01KO6147080
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 30, 2010

NY1 1132628v1