UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

The Northwestern Mutual Life Insurance Co.,          07-CV-07745 (RMB)

                        Appellant,

-against-                                            ORDER FOR ADMISSION
                                                                  PRO HAC VICE ON
                                                                    WRITTEN MOTION

Delta Air Lines, Inc., et al.

                        Appellees.

----------------------------------------------------------------X

      Upon the motion of Irena Goldstein, attorney for Appellant, The Northwestern Mutual Life Insurance Company, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | LISA HILL FENNING |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | 333 South Grand Avenue, 26th Floor |
| City/State/Zip: | Los Angeles, CA 90071-1530 |
| Tel No: | (213) 621-6000 |
| Fax No: | (213) 621-6100 |
| Email: | lfenning@dl.com |

is admitted to practice pro hac vice as counsel for Appellant, The Northwestern Mutual Life Insurance Company, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel

RECEIVED
OCT 03 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

LA1 243702v1

shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: __10/3/07__, 2007
New York, New York

*Richard M. Berman*
United States District/~~Magistrate~~ Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

2