UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

The Northwestern Mutual Life Insurance Co.,        07-CV-07745 (RMB)

                              Appellant,

          -against-                                                  ORDER FOR ADMISSION
                                                                         PRO HAC VICE ON
                                                                           WRITTEN MOTION

Delta Air Lines, Inc., et al.

                              Appellees.

-------------------------------------------------------------X

        Upon the motion of Irena Goldstein, attorney for Appellant, The Northwestern Mutual Life Insurance Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | ELIZABETH M. GUFFY |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | 401 Congress Avenue, Suite 3200 |
| City/State/Zip: | Austin, TX 78701-3788 |
| Tel No: | (512) 226-0300 |
| Fax No: | (512) 226-0333 |
| Email: | eguffy@dl.com |

in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for

LA1 243678v1

an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: __10/3__, 2007
New York, New York

_RMB_
United States District/Magistrate Judge

_Richard M. Berman_

LA1 243678v1