USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
333 South Grand Avenue
Los Angeles, CA 90071-1530

tel +1 213 621 6000
fax +1 213 621 6100
lfenning@dl.com

**MEMO ENDORSED**

October 5, 2007



RECEIVED
OCT 09 2007
CHAMBERS OF
RICHARD M BERMAN
U S D J

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl St., Room 650
New York, New York 10004

Re: *The Northwestern Mutual Life Insurance Co. v. Delta Air Lines, Inc., et al.*, Case No. 07-CV-7745 (RB) in the United States District Court Southern District of New York

Dear Judge Berman,

We represent The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), an appellant in the above-referenced appeal from a decision of the Bankruptcy Court for the Southern District of New York. After this matter was assigned to this Court, the Court issued a notice setting an initial conference on October 10, 2007, at 12:30 p.m.

Subsequent to the issuance of this notice, Northwestern Mutual and the other parties to this appeal, Delta Air Lines, Inc., the Post-Effective Date Committee, and the Bank of New York, as Indenture Trustee, filed a stipulation extending the schedule for filing the parties' initial briefs. The Court approved that stipulation on September 19, 2007. Under the provisions of the stipulation, the appellants' initial briefs are due October 8, 2007, and the response briefs are due November 13, 2007.

Counsel for Northwestern Mutual has consulted with counsel for Delta Air Lines, Inc., the Post-Effective Date Committee, and the Bank of New York, as Indenture Trustee with regard to the timing of the initial conference, and they have all agreed that the conference would be more useful, both to the Court and to the parties, if it were held after the parties' initial briefs and reply briefs have been filed. For that reason, Northwestern Mutual and the other parties hereby request that the Court continue the initial conference until December 6, 2007, or such later date as the Court deems proper. This continuance will place the conference after the initial briefs and reply briefs have been filed and allow the parties to be better prepared to discuss the relevant issues with the Court.

Hon. Richard M. Berman
October 5, 2007
Page 2


Thank your for your attention to this request. If you have any questions, please contact me at the number above or my colleague, Elizabeth Guffy, Esq., at (512) 226-0450.

Respectfully submitted,

*Lisa Hill Fenning* / by permission
Lisa Hill Fenning

LF:jl

cc: Kristopher M. Hansen, Esq. (counsel to Delta Air Lines, Inc.)
    Leo T. Crowley, Esq. (counsel to Bank of New York, as Indenture Trustee)
    David H. Botter, Esq. (counsel to the Post-Effective Date Committee)

> Usually, the idea is to settle before bpending up the time + money + trouble on briefs (since the issues are already known to the parties). But if that is what you all want, we'll have a conference with principals on 12/17 @ 9:00 + you will all be expected to have negotiated in good faith well before the conference.
>
> SO ORDERED:
> Date: 10/9/07   Richard M. Berman
> Richard M. Berman, U.S.D.J.

AU1 51003v1