**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
In re:                                                       :        Chapter 11
                                                             :
DELTA AIR LINES, INC., et al.,                               :        Case No. 05-17923 (ASH)
                                                             :
                          Reorganized Debtors.               :        (Jointly Administered)
------------------------------------------------------------- x
THE NORTHWESTERN MUTUAL                                      :
LIFE INSURANCE COMPANY                                       :
                                                             :
                          Appellant,                         :        Civil Case No. 07-CV-7745(RB)
                                                             :        (ECF Case)
                  -against-                                  :
                                                             :
DELTA AIR LINES, INC. AND THE                                :
POST-EFFECTIVE DATE COMMITTEE                                :
OF DELTA AIR LINES, INC.                                     :
                                                             :
                          Appellees.                         :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am

   employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New

   York, New York 10038.

2. On November 13, 2007, affiant caused to be served, true and correct copies of *Response*

   *Brief of Appellees Delta Air Lines, Inc. and the Post-Effective Date Committee* (with exhibit

2

annexed thereto), dated November 13, 2007, which was filed via the ECF system, via E-mail

and Overnight Mail upon each of the parties set forth on the attached Service List.


                                              /s/ Michael Magzamen
                                              Michael Magzamen

Sworn to before me this
13th day of November, 2007

/s/ Irina Gomelskaya
        Notary Public

Irina Gomelskaya
Notary Public, State of New York
No. 02GO3123275
Qualified in New York County
Commission Expires March 7, 2009

**Service List**

| **Counsel for Appellant The Northwestern Mutual Life Insurance Company** | **Counsel to The Bank of New York as Indenture Trustee and Pass Through Trustee** |
|---|---|
| Lisa Hill Fenning, Esq.<br>Dewey & LeBoeuf LLP<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071-1530<br>lfenning@dl.com<br><br>Elizabeth M. Guffy, Esq.<br>Dewey & LeBoeuf LLP<br>401 Congress Avenue, Suite 3200<br>Austin, TX  78701<br>eguffy@dl.com<br><br>Irena M. Goldstein, Esq.<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY  10019<br>igoldstein@dl.com | Leo T. Crowley, Esq.<br>Eric Fishman, Esq.<br>Margo P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY  10036-4039<br><br>Leo.crowley@pillsburylaw.com<br>Eric.fishman@pillsburylaw.com<br>Margo.erlich@pillsburylaw.com |
| **Counsel to Bank of America, N.A.** | **Counsel for the Post-effective Date Committee of Delta Air Lines, Inc., et al** |
| Michael J. Edelman, Esq.<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY  10019<br>mjedelman@vedderprice.com | Daniel H. Golden, Esq.<br>David H. Botter, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY  10022<br><br>dbotter@akingump.com<br>dgolden@akingump.com |