Michael J. Edelman (ME-6476)
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Phone:  (212) 407-7700

Douglas J. Lipke
Jonathan H. Bogaard
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: (312) 609-7500

*Counsel for Appellee*
*Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,** | **Case No. 07-CV-7745 (RB)** <br> (ECF Case) |
|                **Appellant**, | Chapter 11 Case No. <br> 05-17923 (ASH) |
| **v.** | (Jointly Administered) |
| **DELTA AIR LINES, INC. and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC., ET AL.** | |
|                **Appellees.** | |

**NOTICE OF APPEARANCE**

2

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Bank of America, N.A. in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York.
       November 13, 2007

Respectfully submitted,

**Vedder, Price, Kaufman & Kammholz, P.C.**


By: /s/ Michael J. Edelman
    Michael J. Edelman (ME-6476)
    1633 Broadway, 47th Floor
    New York, New York  10019
    Tel:    212-407-7700
    Fax:    212-407-7799
    E-mail: MJEdelman@VedderPrice.com

    Douglas J. Lipke
    Jonathan H. Bogaard
    222 North LaSalle Street, Suite 2600
    Chicago, Illinois 60601
    Phone: (312) 609-7500
    E-mail: DLipke@VedderPrice.com
            JBogaard@VedderPrice.com

*Counsel for Appellee Bank of America, N.A.*