Michael J. Edelman (ME 6476)
Ariel Levy (AL 2967)
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Phone:  (212) 407-7700

Douglas J. Lipke
Jonathan H. Bogaard
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: (312) 609-7500

*Counsel for Appellee Bank of America, N.A.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,** | **Case No. 07-CV-7745 (RB)** (ECF Case) |
| **Appellant**, | Chapter 11 Case No. 05-17923 (ASH) |
| **v.** | (Jointly Administered) |
| **DELTA AIR LINES, INC. and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC., ET AL.** | |
| **Appellees.** | |

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Appellee Bank of America, N.A. (a private non-governmental party) certifies that

Appellee Bank of America, N.A. is a subsidiary of Bank of America Corporation.

Dated: November 13, 2007

Respectfully submitted,

**VEDDER PRICE KAUFMAN & KAMMHOLZ, P.C.**

By:    /s/  Michael J. Edelman

       Michael J. Edelman (ME 6476)
       Ariel Levy (AL 2967)
       1633 Broadway, 47th Floor
       New York, New York 10019
       Tel:    212-407-7700
       E-mail:MJEdelman@VedderPrice.com

       Douglas J. Lipke
       Jonathan H. Bogaard
       Vedder, Price, Kaufman & Kammholz, P.C.
       222 North LaSalle Street, Suite 2600
       Chicago, Illinois 60601
       Phone: (312) 609-7500

*Counsel for Appellee Bank of America, N.A.*

2