**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, NY 10036-4039
(212) 858-1740
Leo T. Crowley (LC-1311)
Eric Fishman (EF-9664)
Margot Erlich (ME-2117)

Attorneys for The Bank of New York, as
Indenture Trustee and Pass Through Trustee

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>                 Appellant,<br><br>vs.<br><br>DELTA AIR LINES, INC., THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC. and THE BANK OF NEW YORK, AS INDENTURE TRUSTEE AND PASS THROUGH TRUSTEE,<br><br>                 Appellees. | **Case No. 07-CV-7745 (RB)**<br>(ECF Case) |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that true and correct copies of the following document; **BRIEF OF APPELLEE THE BANK OF NEW YORK, AS INDENTURE TRUSTEE AND PASS THROUGH TRUSTEE, IN RESPONSE TO APPELLANT'S OPENING BRIEF ON APPEAL** was served by E-mail service and by enclosing true copies thereof in sealed properly addressed postage paid Federal Express envelopes for overnight delivery deposited into the custody of the overnight delivery service prior to the latest time designated by them for overnight delivery within the State of New York addressed as follows: 1540 Broadway, New York, NY  10036, to the parties on the attached service list on the 13th day of November, 2007.

                                                        /s/ Stacy Packer
                                                        Stacy Packer

**Dewey & Leboeuf LLP**
Lisa Hill Fenning, Esq.
333 South Grand Avenue, Suite 2600
Los Angeles, CA  90071-1530
lfenning@dl.com

**Dewey & Leboeuf LLP**
Elizabeth M. Guffy, Esq.
401 Congress Avenue, Suite 3200
Austin, TX  78701
eguffy@dl.com

**Dewey & Leboeuf LLP**
Irena M. Goldstein, Esq.
1301 Avenue of the Americas
New York, NY  10019-6092
igoldstein@dl.com

**Stroock & Stroock & Lavan LLP**
Lawrence M. Handelsman, Esq.
Kristopher Martin Hansen, Esq.
180 Maiden Lane
New York, NY  10038
lhandelsman@stroock.com
khansen@stroock.com

**Akin Gump Strauss Hauer & Feld LLP**
David Harrison Botter, Esq.
Daniel H. Golden, Esq.
590 Madison Avenue
New York, NY  10022
dbotter@akingump.com
dgolden@akingump.com

**Vedder Price Kaufman & Kammholz, P.C**.
Michael J. Edelman, Esq.
1633 Broadway, 47th Floor
New York, NY  10019
mjedelman@vedderprice.com