**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, NY 10036-4039
(212) 858-1740
Leo T. Crowley (LC-1311)
Eric Fishman (EF-9664)
Margot Erlich (ME-2117)

Attorneys for The Bank of New York, as
Indenture Trustee and Pass Through Trustee

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
| Appellant, | |
| vs. | |
| DELTA AIR LINES, INC., THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC. and THE BANK OF NEW YORK, AS INDENTURE TRUSTEE AND PASS THROUGH TRUSTEE, | **Case No. 07-CV-7745 (RB)** (ECF Case) |
| Appellees. | |

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Appellee The Bank of New York (a private non-govermental party) certifies that Appellee The Bank of New York is a subsidiary of The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation is a publicly traded corporation and

does not have a parent corporation. No publicly held corporation owns 10% or more of The Bank of New York Mellon Corporation's stock.

Dated: November 13, 2007

        Respectfully submitted,

        By: /s/Eric Fishman
        Leo T. Crowley (LC-1311)
        Eric Fishman (EF-9664)
        Margot Erlich (ME-2117)
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1540 Broadway
        New York, NY 10036-4039
        (212) 858-1740
        Attorneys for Appellee The Bank of New York, as Indenture Trustee and Pass Through Trustee

Case 1:07-cv-07745-RMB   Document 23   Filed 11/13/2007   Page 3 of 3