Michael J. Edelman (ME-6476)
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Phone: (212) 407-7700

Douglas J. Lipke
Jonathan H. Bogaard
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: (312) 609-7500

*Counsel for Appellee
Bank of America, N.A.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Appellant,<br><br>v.<br><br>DELTA AIR LINES, INC. and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC., ET AL.<br><br>                    Appellees. | Case No. 07-CV-7745 (RB)<br>(ECF Case)<br><br>Chapter 11 Case No.<br>05-17923 (ASH)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ariel R. Levy, an attorney, certify that on the 13th day of November, 2007, I electronically filed the following pleadings (collectively, the "Pleadings"):

(a) Notice of Appearance of Michael J. Edelman as attorney of record for Bank of America, N.A.;

(b) Appellee Bank of America, N.A.'s Reservation of Rights to the Extent Any Parties Seek Reversal or Modification of Portion of Decision and Order Denying Objections to SLV Claims; and

(c) Rule 7.1 Certification.

NEWYORK/#187997.1

with the Clerk of the U.S. District Court, Southern District of New York using the CM/ECF system.

Additionally, I caused copies of the Pleadings to be served on the following parties electronically (via e-mail) by causing copies of the Pleadings to be attached, in .pdf format, to an electronic correspondence and sent to the e-mail addresses below and by regular U.S. mail by placing copies of the pleadings in postage-paid envelopes and deposited in an official receptacle of the U.S. Postal Service addressed as follows:

Lisa Hill Fenning, Esq.
Dewey Ballantine LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
lfenning@dl.com

Elizabeth M. Guffy, Esq.
Dewey & LeBoeuf LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701-3788
eguffy@dl.com

Kristopher Martin Hansen, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
khansen@stroock.com

David Harrison Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
dbotter@AkinGump.com

Leo T. Crowley, Esq.
Pillsbury Winthrop Shaw Pittman, LLP (NY)
1540 Broadway
New York, NY 10036
leo.crowley@pillsburylaw.com

/s/ Ariel R. Levy