


# STROOCK

By Hand Delivery

November 14, 2007

**MEMO ENDORSED**

Kristopher M. Hansen
Direct Dial 212-806-6056
Direct Fax 212-806-9056
KHansen@stroock.com

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re: ***In re* Delta Airlines, Inc., *et al.***
Northwestern Mutual Life Insurance Company ("Northwestern") v.
Delta Airlines, Inc., et al. (Case No. 07-7745) (RMB)

Dear Judge Berman:

We represent Delta Airlines, Inc. ("Delta"), one of the Appellees (along with the Post-Effective Date Committee) in the above entitled Appeal.

On November 13, 2007, we filed the Response Brief of Appellees Delta Air Lines, Inc. and the Post-Effective Date Committee (the "Response Brief"). Given: (i) the fact that the Appellees needed to set forth their argument concerning their Cross-Appeal as well as respond to Northwestern's argument coming its Appeal; (ii) the complexity of the arguments involved in the Appeal; and (iii) the need for the Appellees to correct certain mischaracterizations of the facts made by Northwestern, the Response Brief exceeds the 25 page limit for memoranda of law set forth in Your Honor's "Individual Practices of Hon. Richard M. Berman" (the "Individual Practices"). Additionally, pursuant to part (c) of Rule 8010 of the Federal Rules of Bankruptcy Procedure, principal briefs are permitted to be up to 50 pages, exclusive of pages containing the table of contents, tables of citations and addendums containing statutes, rules, regulations or similar material. Accordingly, we respectfully request that you waive the page requirement in the Individual Practices for the sole purposes of deeming the Response Brief an acceptable submission to the District Court. We assure Your Honor that subsequent submissions will conform to the Individual Practices.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

Hon. Richard M. Berman
November 14, 2007
Page 2

In the event that Your Honor requires the Appellees to submit a revised response brief that conforms to the 25 page limit stated in the Individual Practices, counsel for Northwestern has consented to permit the Appellees to file that brief by 6:00 p.m. on **Friday, November 16, 2007**, provided that Northwestern's deadline to draft and file its reply brief will be **Tuesday, November 27, 2007** (which Appellees consent to).

If you have any questions, please contact me at the number above or my colleague, Jayme Goldstein, Esq. at (212) 806-5805.

Respectfully submitted,

Kristopher M. Hansen

cc:  By Electronic Mail
     Lisa Hill Fenning, Esq. (counsel to Northwestern)
     David H. Botter, Esq. (counsel to the Post-Effective Date Committee)
     Leo T. Crowley, Esq. (counsel to The Bank of New York)
     Michael J. Edelman, Esq. (counsel to Bank of America, N.A.)

> Let do the 25pp brief on the schedule counsel proposes.
>
> SO ORDERED.
> Date: 11/15/07    Richard Berman
>                        U.S.D.J.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM