Lisa Hill Fenning (LF-9016) - *Admitted Pro Hac Vice*
DEWEY & LEBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Tel: (213) 621-6000 / Fax: (213) 621-6100
lfenning@dl.com

Elizabeth M. Guffy (EG-8659) - *Admitted Pro Hac Vice*
DEWEY & LEBOEUF LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Tel: (512) 226-0300 / Fax: (512) 226-0333
eguffy@dl.com

Irena Goldstein (IG-0736)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Tel: (212) 259-8000 / Fax: (212) 259-6333
igoldstein@dl.com

*Counsel for Appellant*
*The Northwestern Mutual Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | | |
|---|---|---|
| **Northwestern Mutual Life Insurance Co.,** | : | 07-CV-07745 (RMB) (ECF Case) |
| **Appellant,** | | |
| -against- | | Chapter 11 Case No. 05-17923 (ASH) |
| **Delta Air Lines, Inc., et al.** | | (Jointly Administered) |
| **Appellees.** | | |

------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA      )
                         ): ss
COUNTY OF LOS ANGELES    )

I, JEAN F. KELLETT, being duly sworn, being over 18 years of age and not a party to this action, affirm as follows:

2. On November 27, 2007, I caused a true and correct copy of the **APPELLANT'S REPLY BRIEF ON APPEAL; AND RESPONSE BRIEF ON DELTA'S CROSS- APPEAL** to be served upon the parties listed on the attached Service List by electronic transmission and thereafter by overnight mail.

3. I am readily familiar with Dewey & LeBoeuf's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

4. I served the above-referenced document(s) via electronic transmission to the email address of the addressee(s) as indicated on the attached service list.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 27, 2007, at , California.

/s/ Jean F. Kellett
Jean F. Kellett

Sworn before me this 27th day of November, 2007.

Heidi Gutierrez, Notary Public
State of California, County of Los Angeles
No. Commission no. 1651123
Commission Expires: March 12, 2010

HEIDI GUTIERREZ
Commission # 1651123
Notary Public - California
Los Angeles County
My Comm. Expires Mar 12, 2010

2

## SERVICE LIST

| **Counsel to The Bank of New York, as Indenture Trustee and Pass Through Trustee**<br>Leo T. Crowley, Esq.<br>Eric Fishman, Esq.<br>Margo P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039<br><br>leo.crowley@pillsburylaw.com<br>eric.fishman@pillsburylaw.com<br>margo.erlich@pillsburylaw.com | **Counsel for the Reorganized Debtor**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Attn:   Lawrence M. Handelsman, Esq.<br>          Kristopher Martin Hansen, Esq.<br><br>lhandelsman@stroock.com<br>khansen@stroock.com |
|---|---|
| **Counsel for the Post-Effective Date Committee of Delta Air Lines, Inc., et al.**<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Attn:   David Harrison Botter, Esq.<br>          Daniel H. Golden, Esq.<br><br>dbotter@akingump.com<br>dgolden@akingump.com | **Counsel to Bank of America, N.A.**<br>Michael J. Edelman, Esq.<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br><br>mjedelman@vedderprice.com |

3