UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA AIR LINES, INC., et al., | : | Case No. 05-17923 (ASH) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
------------------------------------------------------------ x
| | | |
|---|---|---|
| THE NORTHWESTERN MUTUAL | : | |
| LIFE INSURANCE COMPANY | : | |
| | : | |
| Appellant, | : | Civil Case No. 07-CV-7745 (RB) |
| | : | (ECF Case) |
| -against- | : | |
| | : | |
| DELTA AIR LINES, INC. AND THE | : | |
| POST-EFFECTIVE DATE COMMITTEE | : | |
| OF DELTA AIR LINES, INC. | : | |
| | : | |
| Appellees. | : | |
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK   )

    Michael Magzamen, being duly sworn, affirms and says:

  1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

  2. On December 7, 2007, affiant caused to be served, true and correct copies of *Reply Brief of Appellees Delta Air Lines, Inc. and the Post-Effective Date Committee on their Cross-Appeal*,

2

dated December 7, 2007, which was filed via the ECF system, via E-mail and Overnight Mail upon each of the parties set forth on the attached Service List.

/s/ Michael Magzamen
Michael Magzamen

Sworn to before me this
7th day of December, 2007

/s/ Ethel Earley
      Notary Public

Ethel Earley
Notary Public, State of New York
No. 03-4650662
Qualified in Westchester County
Commission Expires March 30, 2011

2

## Service List

| **Counsel for Appellant The Northwestern Mutual Life Insurance Company**<br><br>Lisa Hill Fenning, Esq.<br>Dewey & LeBoeuf LLP<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071-1530<br>lfenning@dl.com<br><br>Elizabeth M. Guffy, Esq.<br>Dewey & LeBoeuf LLP<br>401 Congress Avenue, Suite 3200<br>Austin, TX  78701<br>eguffy@dl.com<br><br>Irena M. Goldstein, Esq.<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY  10019<br>igoldstein@dl.com | **Counsel to The Bank of New York as Indenture Trustee and Pass Through Trustee**<br><br>Leo T. Crowley, Esq.<br>Eric Fishman, Esq.<br>Margo P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY  10036-4039<br><br>Leo.crowley@pillsburylaw.com<br>Eric.fishman@pillsburylaw.com<br>Margo.erlich@pillsburylaw.com |
|---|---|
| **Counsel to Bank of America, N.A.**<br><br>Michael J. Edelman, Esq.<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY  10019<br>mjedelman@vedderprice.com | **Counsel for the Post-effective Date Committee of Delta Air Lines, Inc., et al**<br><br>Daniel H. Golden, Esq.<br>David H. Botter, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY  10022<br><br>dbotter@akingump.com<br>dgolden@akingump.com |