Lisa Hill Fenning (LF-9016) - *Admitted Pro Hac Vice*
DEWEY & LEBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone:   (213) 621-6000
Facsimile:    (213) 621-6100

Elizabeth M. Guffy (EG-8659) - *Admitted Pro Hac Vice*
DEWEY & LEBOEUF LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Telephone:   (512) 226-0300
Facsimile:    (512) 226-0333

Irena Goldstein (IG-0736)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone:   (212) 259-8000
Facsimile:    (212) 259-6333

*Counsel for Appellant*
*The Northwestern Mutual Life Insurance Company,*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| The Northwestern Mutual Life Insurance Co., | : | 07-CV-07745 (RMB) |
| Appellant, | | |
| -against- | | |
| Delta Air Lines, Inc., et al. | | |
| Appellees. | | |

-------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA        )
                           ): ss
COUNTY OF LOS ANGELES      )

I, JEAN F. KELLETT, being duly sworn, being over 18 years of age and not a party of this action, affirms as follows:

1. On July 29, 2008, I caused a true and correct copy of the following document:

**APPELLANT NORTHWESTERN MUTUAL'S**

**SUPPLEMENTAL CITATION IN SUPPORT OF ITS APPEAL**

to be served upon the parties listed on the attached Service List by Federal Express.

2. I am readily familiar with Dewey & LeBoeuf's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2008, at Los Angeles, California.

*Marcella Sanchez*
Marcella Sanchez

Sworn before me this 29th day of July 2008.

*Jean F. Kellett*
Jean F. Kellett
Notary Public, State of California
No. Commission no. 1674999
Qualified in Los Angeles County
Commission Expires: July 11, 2010

JEAN F. KELLETT
Commission # 1674999
Notary Public - California
Los Angeles County
My Comm. Expires Jul 11, 2010

2

## SERVICE LIST

| | |
|---|---|
| **Counsel to The Bank of New York, as Indenture Trustee and Pass Through Trustee**<br>Leo T. Crowley, Esq.<br>Eric Fishman, Esq.<br>Margo P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039<br>Telecopier: (212) 858-1500<br><br>leo.crowley@pillsburylaw.com<br>eric.fishman@pillsburylaw.com<br>margo.erlich@pillsburylaw.com | **Counsel for the Reorganized Debtor**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Attn:  Lawrence M. Handelsman, Esq.<br>         Kristopher Martin Hansen, Esq.<br>Telecopier: (212) 806-6006<br><br>lhandelsman@stroock.com<br>khansen@stroock.com |
| **Counsel for the Post-Effective Date Committee of Delta Air Lines, Inc., et al.**<br>David Harrison Botter, Esq.<br>Daniel H. Golden, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022<br><br>Telecopier: (212) 872-1002<br><br>dbotter@akingump.com<br>dgolden@akingump.com | **Counsel to Bank of America, N.A.**<br>Michael J. Edelman, Esq.<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br>Telecopier: (212) 407-7799<br><br>mjedelman@vedderprice.com |

LA1 250948.1 141000 678256 7/29/2008 02:05pm