Lisa Hill Fenning (LF-9016) - *Admitted Pro Hac Vice*
DEWEY & LEBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone:    (213) 621-6000
Facsimile:    (213) 621-6100

Elizabeth M. Guffy (EG-8659) - *Admitted Pro Hac Vice*
DEWEY & LEBOEUF LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Telephone:    (512) 226-0300
Facsimile:    (512) 226-0333

Irena Goldstein (IG-0736)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone:    (212) 259-8000
Facsimile:    (212) 259-6333

*Counsel for Appellant*
*The Northwestern Mutual Life Insurance Company,*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

The Northwestern Mutual Life Insurance Co.,   :   07-CV-07745 (RMB)

                Appellant,

   -against-

Delta Air Lines, Inc., et al.

                Appellees.
-------------------------------------------------------------X

                **AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA )
): ss
COUNTY OF LOS ANGELES )

I, JEAN F. KELLETT, being duly sworn, being over 18 years of age and not a party of this action, affirms as follows:

1. On July 29, 2008, I caused a true and correct copy of the following document:

**APPELLANT NORTHWESTERN MUTUAL'S**

**SUPPLEMENTAL CITATION IN SUPPORT OF ITS APPEAL**

to be served upon the parties listed on the attached Service List by Federal Express.

2. I am readily familiar with Dewey & LeBoeuf's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2008, at Los Angeles, California.

                                                Marcella Sanchez

Sworn before me this 29th day of July 2008.

Jean F. Kellett
Notary Public, State of California
No. Commission no. 1674999
Qualified in Los Angeles County
Commission Expires: July 11, 2010

JEAN F. KELLETT
Commission # 1674999
Notary Public - California
Los Angeles County
My Comm. Expires Jul 11, 2010

LA1 250948.1 141000 678256 7/29/2008 02:05pm

**SERVICE LIST**

| Counsel to The Bank of New York, as Indenture Trustee and Pass Through Trustee | Counsel for the Reorganized Debtor |
|---|---|
| Leo T. Crowley, Esq.<br>Eric Fishman, Esq.<br>Margo P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039<br>Telecopier: (212) 858-1500<br><br>leo.crowley@pillsburylaw.com<br>eric.fishman@pillsburylaw.com<br>margo.erlich@pillsburylaw.com | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Attn:   Lawrence M. Handelsman, Esq.<br>         Kristopher Martin Hansen, Esq.<br>Telecopier: (212) 806-6006<br><br>lhandelsman@stroock.com<br>khansen@stroock.com |
| **Counsel for the Post-Effective Date Committee of Delta Air Lines, Inc., et al.** | **Counsel to Bank of America, N.A.** |
| David Harrison Botter, Esq.<br>Daniel H. Golden, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022<br><br>Telecopier: (212) 872-1002<br><br>dbotter@akingump.com<br>dgolden@akingump.com | Michael J. Edelman, Esq.<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br>Telecopier: (212) 407-7799<br><br>mjedelman@vedderprice.com |